*George D. Carrington, Samuel Greenbaum* and *Jonas J. Shapiro* for appellants.

*Harford T. Marshall* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE and LEHMAN, JJ. Absent: ANDREWS, J.

---

JOSEPH NARO, Respondent, *v.* LIGGETT WINCHESTER LEY REALTY CORPORATION, Appellant.

*Negligence — elevators — workman engaged in removing rubbish from cellar injured through sudden starting of elevator after stopping below sidewalk level.*

*Naro* v. *Liggett Winchester Ley Realty Corp.*, 215 App. Div. 835, affirmed.

(Argued March 31, 1926; decided May 4, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 20, 1926, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff was injured while lawfully riding on a lift elevator running from the sub-basement of defendant's building to the sidewalk and operated by an employee of defendant. It was alleged that at the time of the accident plaintiff was engaged in removing bags of rubbish from the basement to the sidewalk; that the elevator loaded with bags stopped two feet below the sidewalk level and plaintiff assuming that it would remain there started to unload the bags. While he was thus engaged the operator manipulated the mechanism so that the elevator started with a jerk causing plaintiff to slip back so that his foot was caught between the elevator and wall resulting in the injury complained of.

*Walter L. Glenney* for appellant.

*Jacquin Frank, David M. Fink* and *Sol Boneparth* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE and LEHMAN, JJ.   Absent: ANDREWS, J.

---

MERCHANTS LOAN AND INVESTMENT CORPORATION, Appellant, *v.* WILLIAM ABRAMSON et al., Respondents, Impleaded with Others.

*Corporations — officers and directors — right to office question of law to be determined in action of quo warranto and not by action in equity for injunction.*

*Merchants Loan & Investment Corp.* v. *Abramson,* 214 App. Div. 252, affirmed.

· (Submitted March 31, 1926; decided May 4, 1926.)

APPEAL from a judgment, entered November 2, 1925, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed a judgment in favor of plaintiff entered upon an order of Special Term granting a motion by plaintiff for judgment on the pleadings, denied said motion and directed a dismissal of the complaint.   The question involved was as to which of two sets of officers and directors of a corporation were lawfully elected and entitled to office. The Appellate Division held that an action in equity to enjoin one set of officers and directors from functioning would not lie, the rights to the offices being legal and to be determined by an action at law in the nature of quo warranto.

*Reuben Brown* for appellant.

*Reuben Dorfman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE and LEHMAN, JJ.   Absent: ANDREWS, J.